UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREVELUS CRIGLER,

        Plaintiff,

v.

PARTY CITY CORPORATION, ET AL.,

        Defendants.
_____/

Case No. 18-13465

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

**JUDGMENT**

All issues having been resolved by the Court's Order [36] of December 10, 2019, **THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 10th day of December 2019.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Michael E. Lang
        Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE